

**NUMBER 13-24-00371-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI – EDINBURG**

---

**NUECES COUNTY, TEXAS,** Appellant,

**v.**

**MANUEL MOTA AND AURELIA MOTA,** Appellees.

---

**ON APPEAL FROM THE COUNTY COURT AT LAW NO. 3
OF NUECES COUNTY, TEXAS**

---

## MEMORANDUM OPINION

**Before Justices Longoria, Tijerina, and Peña
Memorandum Opinion by Justice Longoria**

This cause is before the Court on a joint motion to dismiss the appeal. The parties have reached an agreement and now request the trial court's judgment be set aside and the cause be remanded to the trial court for rendition of judgment in accordance with the parties' agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B).

Upon consideration of the joint motion, we grant the agreed motion, vacate the trial court's order dated July 9, 2024, and remand the appeal for rendition of judgment in accordance with the parties' agreement. *See id*. In accordance with the apparent agreement between the parties, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained.

NORA L. LONGORIA
Justice

Delivered and filed on the
3rd day of October, 2024.